
*The nation's leader in healthcare-practice success since 1979.*

## How Will You Grow Your Practice in 2016?
### Attend a New York Strategic Growth & Success Event

Dr. THOMAS,
You are invited to attend Practice Builders' comprehensive **Strategic Growth & Success Event** for Healthcare practitioners. If you are serious about improving your practice's profitability, please join us in **New York, NY** on **May 13 and 14**.

**You will receive a strategic success plan that will:**

- Improve your **profitability** with **new patients**
- Increase your **professional referrals**
- Enhance your **branding/image/reputation**
- Manage your **online presence** via **reviews, social media** and **search engine optimization (SEO)**
- Maximize **internal strategies** - **customer service** excellence, **team building, phone skills** and **patient referrals**

Plus, for attending you will receive a:

- **Practice website evaluation**
- **Comprehensive online reputation assessment**
- **Customer service evaluation**

The event is <u>exclusive to practice owners</u> (key staff may accompany) and includes three private consultations with a seasoned healthcare marketing consultant. **All culminating in a step-by-step, fully customized 12-month growth and success plan** to achieve your personal and professional goals.

**SEATING IS LIMITED, SO RESERVE YOUR SPOT NOW!**

---

**WHEN:** Friday, **May 13** & Saturday, **May 14**, 2016 (breakfast included)

**WHERE:** New York, NY

Call us today at **855.898.2712** or email us at <u>info@PracticeBuilders.com</u> to receive more information and reserve your spot.
*Registrations before April 15, 2016 will receive a free iPad! (mention the code Apr16NYM).*

---

OPT — OUT OPTION